UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Burton Helleloid and Rebecca Helleloid,

Plaintiffs,

vs.

MINUTE ORDER

Independent School District No. 361,

Defendant.

Civ. No. 00-521 (RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 1st day of June, 2001.

* * *

On May 31, 2001, the Court heard argument on the Defendant's Motions to Reopen Discovery, and to Amend the Scheduling Order. For these purposes, the Plaintiff appeared by Teri E. Bentson, Esq., and the Defendant appeared by Bradley J. Lindeman, Esq.

As we expressed at the Hearing, because we have yet to rule on the Defendant's Motion to Dismiss, we are unable to determine, at this time, whether there is a need to reopen the discovery period for this action, or how much discovery remains to be completed should we rule favorably, or unfavorably, on one or more of the claims that currently pend. Once our Ruling on the Motion to Dismiss is issued, the parties, and the Court, will be properly

FILED JUN 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

informed to address these issues responsibly. As such, the Defendant's Motions are denied, but without prejudice to a refiling, subsequent to the issuance of our Order on the Defendant's Motion to Dismiss.

NOW, THEREFORE, It is --

ORDERED:

That the Defendant's Motions to Amend the Scheduling Order [Docket No. 22], and to Reopen Discovery [Docket No. 23], are denied, but without prejudice to their refiling subsequent to the issuance of our Order on the Defendant's Motion to Dismiss.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE