UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Burton Helleloid and
Rebecca Helleloid,

Plaintiffs,

vs. ORDER OF DISMISSAL

Independent School District
Number 361,

Defendant. Civ. No. 00-521 (RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 10 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge

DATED: October 9th, 2001
At Duluth, Minnesota

32

FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK